**Electronically Filed
Intermediate Court of Appeals
30479
30-NOV-2011
08:45 AM**

NO. 30479

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LILLIAN M. JONES, M.D.,
Plaintiff/Counterclaim Defendant-Appellant,
v.
HAWAII RESIDENCY PROGRAMS, INC.,
Defendant/Counterclaimant-Appellee,
and
UNIVERSITY OF HAWAII; NALEEN ANDRADE, M.D.,;
COURTENAY MATSU, M.D.; D. CHRISTIAN DERAUF, M.D.;
TERRY LEE, M.D.; and IQBAL AHMED, M.D.,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0071)

ORDER DENYING APPELLANT'S MOTION FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of Plaintiff/Counterclaim Defendant-Appellant Lillian M. Jones, M.D.'s November 25, 2011, Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on November 14, 2011, the papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, November 30, 2011.


Presiding Judge


Associate Judge


Associate Judge